ENRIQUE Y RAMÓN ABARCA, peticionarios, *v.* JORGE ORTIZ TORO, SECRETARIO DE LA CORTE DE DISTRITO DE SAN JUAN, SALA DE LO CIVIL, demandado.

No. 283.—*Sometido:* Marzo 15, 1933.   *Resuelto:* Marzo 16, 1933.

*F. Soto Gras,* abogado de los peticionarios.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Los peticionarios tenían la idea de que el Secretario de la Corte de Distrito de San Juan estaba en el deber meramente ministerial de registrar sentencia luego de anotada una rebeldía.   Presentaron solicitud de *mandamus* ante esta Corte.

No se adujo razón satisfactoria alguna para presentar en primera instancia la petición ante este Tribunal y la misma debe ser denegada por ese solo motivo.

La razón principal para negarnos a librar el auto está en entera armonía con nuestro reglamento y con lo que hemos dicho en el párrafo que antecede.   Es generalmente la corte de distrito la que debe tener la supervisión de sus propios empleados y exigirles, mediante orden directa en virtud de moción, o por *mandamus,* el cumplimiento de sus deberes.

En todo caso, el camino más corto y de todo punto inofen-

sivo es acudir a la corte con una moción solicitando que se ordene al secretario que actúe.

■ Igualmente, el auto de *mandamus* no debe ser expedido por un tribunal superior a menos que éste se convenza de que el caso es meritorio.

■ El auto de *mandamus* está sujeto a la discreción legal y en equidad de la corte. *Life & Fire Ins. Co. of New York* v. *Wilson,* 8 Pet. 290, 301; *Lutz* v. *Post,* 14 D.P.R. 860, 878; 38 C. J. 550, sec. 20.

*Debe declararse sin lugar la petición.*